**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARCIA E. JOHNSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-1917-Orl-22KRS**

**CORINTHIAN COLLEGES, INC.,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT, CORINTHIAN COLLEGES, INC.'S MOTION FOR ENFORCEMENT OF SANCTIONS ORDER (Doc. No. 73)
>
> **FILED:** November 7, 2007
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

By order dated August 29, 2007, I ordered Plaintiff Marcia E. Johnson to pay Defendant Corinthian Colleges, Inc. (Corinthian) the reasonable attorneys' fees and expenses it incurred as a result of the discovery violations by Johnson detailed in the order. When the parties were unable to resolve the amount of those attorneys' fees and expenses, I issued another order requiring Johnson to tender to counsel for Corinthian, on or before November 1, 2007, the sum of $4,167.00.  Doc. No.

66 at 3. Counsel for Corinthian states that Johnson has not made the payment required by my order. Thus, it seeks an order requiring Johnson to pay the amount due immediately.

Johnson had not filed a response to the motion as of the time this report was prepared, and the time for doing so has passed. Therefore, I treat the motion as unopposed.

Federal Rule of Civil Procedure 37(b)(2)(C) provides, in pertinent part, that if a party fails to obey an order regarding discovery matters, the Court may, among other things, render a default judgment against the disobedient party. Because the sum due from Johnson has already been established, I recommend that the Court enter a judgment against Johnson for the costs taxed in the Bill of Costs ($1,759.95), doc. no. 72, and the amount of the sanction ($4,167.00), for a total of judgment against Johnson in the amount of $5,926.95.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**DONE** and **ORDERED** in Orlando, Florida on November 29, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties