**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARCIA E. JOHNSON,**

        **Plaintiff,**

**-vs-**                                                          Case No. 6:05-cv-1917-Orl-22KRS

**CORINTHIAN COLLEGES, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Defendant, Corinthian Colleges, Inc.'s Motion for Enforcement of Sanctions Order (Doc. No. 73) filed on November 7, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, including the late response to the motion that the Court will treat as an objection, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 29, 2007 (Doc. No. 74) is **ADOPTED** and **CONFIRMED** and made a part of this Order. Plaintiff's objection is **OVERRULED**.

2. Defendant, Corinthian Colleges, Inc.'s Motion for Enforcement of Sanctions Order (Doc. No. 73) is **GRANTED**.

3. The Clerk is directed to enter a Judgement providing that the Defendant Corinthian Colleges, Inc. recover from the Plaintiff Marcia E. Johnson costs in the sum of $1,759.95 plus sanctions in the amount of $4,167.00, for a total amount due of **$5,926.95**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 7, 2008.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Marcia E. Johnson, *pro se*